**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-02838-NYW

JANOS TOEVS,

     Plaintiff,

v.

JAMES QUINN, First Assistant Attorney General,
NICOLE GELLAR, Senior Assistant Attorney General,
CYNTHIA COFFMAN, Attorney General for the State of Colorado,
JOHN SUTHERS, Attorney General for the State of Colorado,
KEITH NORDELL, Legal Counsel for the Colorado Department of Corrections,
ADRIENNE JACOBSON, Legal Counsel for the Colorado Department of Corrections,
THERESA REYNOLDS, Legal Assistant for the Colorado Department of Corrections,
RICK RAEMISCH, Executive Director of the Colorado Department of Corrections,
TRAVIS TRANI, Warden of the Colorado State Penitentiary,
SEAN FOSTER, Associate Warden of the Colorado State Penitentiary,
CAROL SOARES, Associate Warden of the Colorado State Penitentiary,
FRANK ORTIZ, Litigation Coordinator of the Colorado State Penitentiary,
CHRIS BARR, Intelligence Lieutenant at the Colorado State Penitentiary,
DANIEL DENT, Intelligence Sergeant at the Colorado State Penitentiary,
RAEANNE WILL, Disciplinary Officer at the Colorado State Penitentiary, and
DALE BURKE, Hearing Officer at the Colorado State Penitentiary,

     Defendants.

---

**ORDER SETTING SCHEDULING/PLANNING CONFERENCE AND SETTING
DEADLINE FOR FILING OF CONSENT/NONCONSENT FORM**

---

     This case has been directly assigned to Magistrate Judge Nina Y. Wang pursuant to D.C.COLO.LCivR 40.1(c).

     IT IS ORDERED:

     1. The court shall hold a Fed. R. Civ. P. 16(b) scheduling and planning conference on:

**February 26, 2016 at 10:00 a.m.**

in Courtroom C-204, 2d Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show valid photo identification. *See* D.C.COLO.LCivR 83.2(b).

2.  A copy of the instructions for the preparation of a scheduling order and a form of scheduling order can be downloaded from the court's website at [www.cod.uscourts.gov](www.cod.uscourts.gov).  The parties or their counsel shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.6.0, including a copy of the proposed scheduling order in a Word format sent via email to [Wang_Chambers@cod.uscourts.gov](Wang_Chambers@cod.uscourts.gov), on or before seven days prior to the Scheduling Conference:

**February 19, 2016**

3. The parties shall complete and file the Consent/Nonconsent Form indicating either unanimous consent of the parties or that consent has been declined, on or before:

**February 5, 2016**

DATED: January 8, 2016

BY THE COURT:

s/Nina Y. Wang_____
United States Magistrate Judge